United States Bankruptcy Court
Middle District of Florida

In re:                                                          Case No. 11-01152-JPH
Marina Minuta                                                   Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-9        User: mallows           Page 1 of 1              Date Rcvd: Aug 29, 2011
                            Form ID: 87fd           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2011.
db           +Marina Minuta,   1721 SW 44th Street,   Cape Coral, FL 33914-6202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 31, 2011**                **Signature:** _Joseph Speetjens_

**[87fd]** [FINAL DECREE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:  Case No. 9:11−bk−01152−JPH
Chapter 7

Marina Minuta
aka Marina Chenaille
aka Marina Simonian
1721 SW 44th Street
Cape Coral, FL 33914

_____Debtor*_____/

FINAL DECREE

The estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

− Diane L Jensen is discharged as trustee of the estate of the above−named debtor and the bond as pertains to this case is cancelled;

− the Chapter 7 case of the above−named debtor is closed.

BY THE COURT

Dated: August 29, 2011

_____
Jeffery P. Hopkins
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Set forth all names, including trade names, used by the debtor within the last 6 years (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.